**IN THE UNITED STATES DISTRICT COURT**
**OF THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| **LEON WALKER, # 916717** | § | |
| | § | |
| **V.** | § | No.  5:05CV112 |
| | § | |
| **RED RIVER EMPLOYEES FEDERAL** | § | |
| **CREDIT UNION, NOLA CAMPBELL,** | § | |
| **ELLEN MOORE, ET AL.** | § | |

### MEMORANDUM ORDER

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636.  The Magistrate Judge entered an Order dated February 28, 2006, wherein among other things the Magistrate Judge recommended Defendants' Memorandum in Support of Motion to Dismiss for Lack of Subject-Matter Jurisdiction (Dkt. No. 11) and Defendants' Memorandum in Support of Motion to Dismiss for Failure to Properly Plead (Dkt. No. 12) be granted with leave to amend.  No objections to the recommendation were filed.  The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.  Therefore, the Court hereby adopts the recommendation of the United States Magistrate Judge as the findings and conclusions of this Court.  Accordingly, it is

**ORDERED** that Defendants' Memorandum in Support of Motion to Dismiss for Lack of Subject-Matter Jurisdiction (Dkt. No. 11) and Defendants' Memorandum in Support of Motion to Dismiss for Failure to Properly Plead (Dkt. No. 12) are **GRANTED WITH LEAVE TO AMEND**.

**SIGNED this 17th day of March, 2006.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE